ESSEX COUNTY WELFARE BOARD v. WADDELL SIGNAL.

January 18, 1977. Petition for certification denied.

BELFORD T. GARRISON v. FORD MOTOR CO.

January 18, 1977. Petition for certification denied.

MADELINE CARRINO v. JEFFREY NOVOTNY, *ET AL.*

February 3, 1977. Petition for certification granted.

LEON N. WEINER & ASSOCIATES, INC. v. ZONING BD. OF ADJUSTMENT OF THE BOROUGH OF GLASSBORO.

January 18, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE C. RILEY.

January 18, 1977. Petition for certification denied.

DONALD E. CLARICK v. FERRIS BROTHERS, INC.

January 18, 1977. Petition for certification denied.